UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CITICORP VENDOR FINANCE, INC. | CIVIL ACTION NO. 06-1205 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SMILE-BRITE FAMILY DENTAL, L.L.C. | MAGISTRATE JUDGE HORNSBY |

### ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Answer (Record Document 19) filed by Smile-Brite Family Dental, L.L.C. and Cynthia M. Ramkelawan be and is hereby **STRICKEN**.  The Clerk of Court is directed to enter a default against both defendants.  Plaintiff is directed to file a Motion for Default Judgment, supported by all necessary evidence of liability and damages, within 30 days of the date this order is signed.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 20th day of February, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE